# UNITED STATES DISTRICT COURT
## for the
### Western District of Oklahoma

| | |
|---|---|
| Yasin Samad Ali Cox <br> **Plaintiff(s)** <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> Comfil USA, Lynne Laake, Keith Rider, Keaton Lockhart, Eric Cox <br> **Defendant(s)** <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. CIV-23-504-R <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☐ No <br><br> **FILED** <br><br> JUN 07 2023 <br><br> CARMELITA REEDER SHINN, CLERK <br> U.S. DIST. COURT, WESTERN DIST. OKLA. <br> BY_____, DEPUTY |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Yasin Cox
Street Address: 1602 NW Taft Ave
City and County: Lawton, Commanche
State and Zip Code: Oklahoma 73507
Telephone Number: 580-917-7092
E-mail Address: coxyasin@yahoo.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Keith Rider
- Job or Title (if known): Camfil USA, Inc Oklahoma W./Red Bud
- Street Address: 5455 S. 99th E. Ave
- City and County: Tulsa
- State and Zip Code: Oklahoma 74146
- Telephone Number: (918) 627-4106
- E-mail Address (if known): keith.rider@camfil.com

Defendant No. 2
- Name: Keaton Lockhart
- Job or Title (if known): Territory Sales Manager, Camfil USA Inc
- Street Address: 5455 S. 99th East Ave
- City and County: Tulsa
- State and Zip Code: Oklahoma 74146
- Telephone Number: 918-991-8858
- E-mail Address (if known): KeatonLockhart@camfil.com
  Red Bud Filter Sales and Service

Defendant No. 3
- Name: Eric Coy
- Job or Title (if known): Camfil USA Inc / Red Bud
- Street Address: 5455 S. 99th East Ave.
- City and County: Tulsa
- State and Zip Code: Oklahoma 74146
- Telephone Number:
- E-mail Address (if known): Eric.Coy@Camfil.com

Defendant No. 4
- Name: Lynne Laake
- Job or Title (if known): Director of Marketing Camfil USA
- Street Address: 807 Indian Lakes Blvd.
- City and County: Clarksville
- State and Zip Code: Ohio 45113
- Telephone Number: (513) 774-9493
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 17 U.S.C. 506 (a) Infringement on Intellectual Property & 18 U.S.C. 2319 [18 U.S.C 1832 - Theft of Trade Secrets] Title VII, 42 U.S.C. 2000e. Civil Rights Act of 1964 [10 U.S.C. 921 ART. 121. Larceny and wrongful appropriation]

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

The Intellectual property that has been stolen will immediately stop further Global Warming if put in Public Use nationally and internationally.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Lynne Laake refered me to Keith Rider. Keith Rider referred me to Keaton Lockhart. Keaton would answer my calls and emails immediately or in a reasonable amount of time for 7-8½ months until I submitted my Intellectual Property to him for a prototype.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I have not gotten a phone call or email since I submitted my intellectual property to Lockhart and that was 9 months ago. I reached out to them numerous times but no response. I can only think the worst because of this. The importance to Humanity my invention has is why they have stolen my secrets. Everybody they have employed worldwide since 1963, their engineers, vendors or partners have not come up with this invention. This why they are stealing

## III. Statement of Claim (cont.)

1. Keaton Lockhart acted as if he was accepting my Intellectual property for art search, working model production and possible licensing agreement but did none of these.

2. He emailed me a very deceptive NDA and when I asked him to amend it, he never answered or responded to my emails.

3. He did not give me the same equal opportunity to receive services like other businesses, vendors, inventors and engineers that Camfil works with and manufacture items for.

4. He, Keathon Lochart and Camfil are misusing my Trade Secrets without my permission.

5. Camfil have stolen my Trade Secrets, made me lose my provisional Patent and an opportunity to file a Utility Patent.

## IV. RELIEF (cont.)

This has cost me more than I could actually figure. Because I submitted to Camfil was an invention that's nowhere in the world According to proffesional US.P.T.O Lawyer Art searches. And it will stop Global Warming from continuing and cease to exist as soon as it's made. It only take 2 weeks to produce if that long. Camfil had this technology of mine for 9 months, how much do you think I should Request? The Damages are irreversible and immense to me, my family and Humanity. Humanity? Because if it comes out before I can put it out, Good. But Camfil may not want to let it reach Humanity and sabotage it. I think 5 Billion Dollars is OK for now. They paid $50 million to 700 workers. None of them thought of this

## IV. Relief (cont.)

I would be violated and hurt if Camfil release my intellectual property to the public without my permission. But I truly want to help the planet.

① Camfil needs to setup diversity programs at their many facilities and receive other disciplinary actions to prevent them from practicing Racist illegal business in America.

② They should immediately stop whatever they have done or are doing with my intellectual property here and internationally.

③ Camfil pays out Billions of Dollars yearly, to their 4500 workers. None of the 4500 workers have brought an invention to their company of this magnitude and because of them stealing it from me to prevent it from reaching Humanity or they are attempting to sell or create what's in my trade secrets before I can, are the reasons why I'm asking for 5 Billion Dollars U.S. currency.

④ This is disgusting, unacceptable and shows how Company's here in Oklahoma works together with U.S. Attornies and other Lawyers to steal from unknowing clients of theirs. This must change! And if the Programs and Companies that Hold a public trust aren't stealing, then they are not allowing access or opportunities to reach a segment of the Okl. population because they discriminate against people because of RACE!

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-7-23

Signature of Plaintiff: *(signed)*
Printed Name of Plaintiff: Ja-Sin Cox

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address