IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| YASIN COX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV 23-504-R |
| ) | |
| CAMFIL USA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Court is in receipt of a Plaintiff's pro se letter [Doc. No. 19] explaining that his failure to timely serve Defendants was caused by confusion concerning a scrivener's error contained in a prior order and his difficulty in retaining counsel. This action was dismissed without prejudice on October 24, 2023 [Doc. No. 17] and this case is closed. To the extent Plaintiff is asking the Court to reconsider its order of dismissal, Plaintiff has not identified any grounds that would warrant reconsideration. *See Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) ("Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice."). However, because this action was dismissed without prejudice, Plaintiff may file a new action if he wishes to pursue his claims.

Accordingly, to the extent Plaintiff's letter seeks any relief, it is denied.

IT IS SO ORDERED this 6th day of November 2023.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE